JOHN NEWSOME v. THE STATE.

No. 2896.   Decided January 14, 1914.

**Aggravated Assault—Statement of Facts.**

Where the alleged statement of facts and bills of exception were filed more than twenty days after the adjournment of the County Court, they can not be considered on appeal, and the appellant is not allowed thirty days to file such statement, etc.   Davidson, Judge, dissenting.

Appeal from the County Court of Wichita.   Tried below before the Hon. C. B. Felder.

Appeal from a conviction of aggravated assault; penalty, a fine of $500.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of an aggravated assault, his punishment being assessed at a fine of $500.

The statement of facts and bills of exception were filed more than twenty days after adjournment of court. The Assistant Attorney-General calls the attention of the court to the fact that the statement of facts was filed too late; that under the decisions it was necessary that the evidence be filed before the expiration of twenty days in order to be considered. Under the decisions of this court this proposition is well taken and must be sustained. The writer, however, is of the opinion that since

the enactment of the Revised Statutes of 1911, as well as under the Act of 1911, the general session Acts, that the accused is allowed thirty days, even without an order for that purpose. The majority of the court, however, does not agree with that proposition as being correct. Without the statement of facts there is nothing this court can consider.

The judgment therefore will be affirmed.

*Affirmed.*